```
 1 │ Scott D. Baker (SBN 84923)
   │ Michele Floyd (SBN 163031)
 2 │ Christine Morgan (SBN 169350)
   │ REED SMITH LLP
 3 │ Two Embarcadero Center, Suite 2000
   │ San Francisco, CA  94111-3922
 4 │
   │ **Mailing Address:**
 5 │ P.O. Box 7936
   │ San Francisco, CA  94120-7936
 6 │
   │ Telephone:   415.543.8700
 7 │ Facsimile:   415.391.8269
   │
 8 │ Attorneys for Defendants
   │ Clear Channel Outdoor, Inc. and
 9 │ William Hooper
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND REUDY and KEVIN HICKS dba ADVERTISING DISPLAY SYSTEMS, and ADS-1, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation, WILLIAM HOOPER, and individual, CBS CORPORATION, a Delaware corporation, PATRICK ROCHE, and individual, and DOES 1-50,<br><br>Defendants. | Case No. C-06-5409 SC<br>Related Case No. C-02-5438 SC<br><br>[PROPOSED] ORDER ENLARGING DEFENDANTS CLEAR CHANNEL OUTDOOR, INC. AND WILLIAM HOOPER'S TIME TO RESPOND TO COMPLAINT |

(Line numbers 1–28 in left margin; left sidebar: REED SMITH LLP — A limited liability partnership formed in the State of Delaware)

1   IT IS HEREBY ORDERED that Defendants Clear Channel Outdoor, Inc. and William
2   Hooper shall have until September 26, 2006 to respond to plaintiffs' complaint.

5   Dated: September 27, 2006



The Honorable
United States District Judge
Judge Samuel Conti
IT IS SO ORDERED