United States District Court
For the Northern District of California

1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7
   RAYMOND REUDY, and KEVIN HICKS dba )    No. C-06-5409 SC
8  ADVERTISING DISPLAY SYSTEMS, and   )
   ADS-1, a California limited        )
9  liability company,                 )    FINAL JUDGMENT
                                       )
10                Plaintiffs,          )
                                       )
11                                     )
                                       )
      v.                               )
12                                     )
                                       )
13 CLEAR CHANNEL OUTDOOR, INC., a      )
   Delaware corporation, WILLIAM       )
14 HOOPER, an individual, CBS          )
   CORPORATION, a Delaware             )
15 corporation, PATRICK ROCHE, an      )
   individual and DOES 1-50,           )
16                                     )
                  Defendants.          )
17 _____)

18

19        The Court, having read and reviewed the reports, findings and

20   recommendations of the Special Master, with regard to the two

21   recommendations dated December 4, 2007, hereby accepts the said

22   recommendations and hereby ORDERS entry of final judgment in favor

23   of CBS Corporation, Patrick Roche, Clear Channel, Inc., and/or

24   William Hooper, and that ADS take nothing from Defendants CBS and

25   Patrick Roche, all causes of action against CBS and Patrick Roche

26   be dismissed with prejudice.

27        It is further ORDERED that CBS Corporation and Patrick Roche

28   shall have and recover their costs and disbursements in an amount

1   to be presented to the Special Master for approval, with notice to

2   Plaintiffs.

3       It is further ORDERED that this action be dismissed with

4   prejudice as to all causes of action.

5

6

7       IT IS SO ORDERED.

8       Dated:  December 11, 2007

9

10  _____
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                2

**United States District Court**
For the Northern District of California