DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND REUDY and KEVIN HICKS dba ADVERTISING DISPLAY SYSTEMS, and ADS-1, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation, WILLIAM HOOPER, an individual, CBS CORPORATION, a Delaware corporation, PATRICK ROCHE, an individual,<br><br>Defendant. | Case No. 3:06 CV 05409-SC<br><br>~~(PROPOSED)~~<br>**SUPPLEMENTAL JUDGMENT** |

The Court, having read and reviewed the reports, findings and recommendations of the Special Master, with regard to his Report and Recommendation dated January 28, 2010 and filed February 2, 2010, hereby approves and accepts the said recommendation and hereby ORDERS that CBS Corporation and Patrick Roche shall have and recover their attorneys' fees and costs from the plaintiffs in the following amounts:

CBS Corporation is granted attorneys' fees in the amount of $331,757.00 and costs in the amount of $8,324.00.

1

Patrick Roche is granted attorneys' fees in the amount of $189,004.64 and costs in the amount of $21,275.93.

IT IS SO ORDERED.

Dated: March 8, 2010.



_____
UNITED STATES DISTRICT JUDGE

SUPPLEMENTAL JUDGMENT

Case No. 3:06 CV 05409-SC
DWT 14080065v1 0059631-000008