ALLISON A. DAVIS (CA State Bar No. 139203)
DUFFY CAROLAN (CA State Bar No. 154988)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: allisondavis@dwt.com
       duffycarolan@dwt.com

Attorneys for Defendants CBS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND REUDY and KEVIN HICKS dba ADVERTISING DISPLAY SYSTEMS, and ADS-1, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation, WILLIAM HOOPER, an individual, CBS CORPORATION, a Delaware corporation, PATRICK ROCHE, an individual, and DOES 1-50,<br><br>Defendant. | Case No. C 06 5409 VRW SC<br><br>**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rules 4(c), 4.1, Fed. R. Civ. P.]<br><br>[No Hearing Required] |

RECEIVED JUN 25 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

REQUEST AND ORDER FOR SERVICE OF PROCESS
DWT 14841155v1 0059631-000008

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

|   |   |
|---|---|
| 1 | Defendant, CBS Corporation, pursuant to the provisions of Rules 4(c) and 4.1 of the Federal Rules of Civil Procedures, requests that a Registered Process Server from Nationwide Legal, Inc., who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve writs in the above case. The U.S. Marshals Office will remain the Levying Officer. |

IT IS SO ORDERED:

DATED: Aug 2/10

_____
UNITED STATES DISTRICT JUDGE

---

REQUEST AND ORDER FOR SERVICE OF PROCESS
DWT 14841155v1 0059631-000008

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899